■ THEODORE W. SHINER, JR., as Representative of the Estate of KATHERINE A. SHINER, Deceased, Respondent, v DEER HEAD MOBILE HOMES, INC., et al., Appellants. (And Five Other Related Actions.) Appeal from an order of the Supreme Court at Special Term (Cobb, J.) entered January 6, 1986 in Rensselaer County, which granted plaintiffs' motion for a protective order and denied defendants' cross motion for leave to serve interrogatories.

Order affirmed, with costs, upon the opinion of Justice George L. Cobb at Special Term. Kane, J. P., Main, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.